# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOWELL A. BAISDEN, | |
| Plaintiff, | Civil Action No. 19-3105 (JMC) |
| v. | |
| MERRICK B. GARLAND, [1] in his official capacity as Attorney General of the United States, *et al.*, | |
| Defendants. | |

## <u>ORDER</u>

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' motion to dismiss for failure to state a claim, ECF 16, is **GRANTED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: November 15, 2023

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Merrick B. Garland is automatically substituted for his predecessor, Jeffrey A. Rosen, Acting Attorney General of the United States.